**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                                  NO.  4:08cr00290-001 SWW

TIA MARIE FERGUSON

### ORDER

The Court convened for defendant's change of plea hearing on February 27, 2009, and the defendant having entered a plea of guilty to Count 3 of the indictment, the Court finds that defendant should be released and remain on previous conditions of release pending sentencing.

IT IS THEREFORE ORDERED that defendant shall be released from custody of the U. S. Marshal in this matter and shall remain on previous conditions of release [doc #14] pending sentencing.

DATED this 4th day of March 2009.

/s/Susan Webber Wright
United States District Judge