# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.  NO. 4:08CR00290-001

TIA MARIE FERGUSON

## ORDER AMENDING JUDGMENT

It has come to the Court's attention that the amount of restitution owed Target Asset Protection on the Judgment and Commitment (doc #107) as to the above-named defendant was listed incorrectly as $3,800.00 and should be amended to reflect the correct amount of $3,860.00.

IT IS THEREFORE ORDERED that the Judgment and Commitment be amended to reflect amount owed Target Asset Protection to be $3,860.00 joint and several with co-defendants Cameko L. Cogshell, Maisha A. Land and Dana McCoy, and any other person who has been or will be convicted on an offense for which restitution to the same victim on the same loss is ordered, and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 1st day of September 2009.

/s/Susan Webber Wright
United States District Judge